

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-12-2005

# USA v. Branch

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-2160

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. Branch" (2005). *2005 Decisions.* Paper 871.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/871

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

<u>NOT PRECEDENTIAL</u>

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 04-2160
_____

UNITED STATES OF AMERICA

v.

TERRANCE BRANCH,

Appellant
_____

Appeal from the United States District Court
For the District of Delaware
D.C. No.: 03-cr-00011
District Judge: Honorable Gregory M. Sleet
_____

Argued December 13, 2004

Decided January 20, 2005

Certiorari Granted May 16, 2005

Judgment Vacated and Remanded from the
Supreme Court of the United States
May 24, 2005

Submitted Pursuant to Third Circuit LAR 34.1(a) July 8, 2005
_____

Before: *NYGAARD, BECKER, and ROSENN, <u>Circuit</u> <u>Judges.</u>

(Filed: July 12, 2005)

_____

OPINION OF THE COURT
_____

ROSENN, Circuit Judge.

Appellant Terrance Branch was convicted of possessing a firearm in violation of 18 U.S.C. § 922(g)(1) in the United States District Court for the District of Delaware. He was tried by jury and subsequently sentenced to 120 months in prison. Branch timely appealed his conviction to this Court, but did not challenge his sentence.

We affirmed his conviction in United States v. Branch, No. 04-2160, slip op. at 4 (3d Cir. Jan. 20, 2005). The Supreme Court granted certiorari. In Branch v. United States, 125 S. Ct. 2281 (2005), the Supreme Court vacated the judgment and remanded for further consideration in light of United States v. Booker, 543 U.S. -- (2005).

After further consideration, we reaffirm the District Court's judgment of conviction for the reasons set forth in our opinion of January 20, 2005. However, in light of Booker, the appellant's sentence must be reviewed and its appropriateness ascertained. Because we believe that this is best determined by the District Court in the first instance, we will vacate the sentence and remand for resentencing in accordance with Booker. United States v. Davis, 407 F.3d 162, 165 (3d Cir. 2005) (en banc).

*The Honorable Judge Richard L. Nygaard assumed senior status on July 9, 2005.